STATE v. SMITH

No. 463P93

Case below: 112 N.C.App. 136

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.

STATE v. SPEED

No. 428P93

Case below: 111 N.C.App. 932

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.

STATE v. TUCKER

No. 452P93

Case below: 111 N.C.App. 907

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 2 December 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

STATE EX REL. ART MUSEUM BLDG. COMM. v. TRAVELERS INDEM. CO.

No. 375A93

Case below: 111 N.C.App. 330

Motion by defendant to withdraw its appeal allowed 27 January 1994.

STATE EX REL. UTILITIES COMM. v. EMPIRE POWER CO.

No. 473P93

Case below: 112 N.C.App. 265

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.